## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                      Case No.  06-cr-131-01-SM

<u>Kathleen McCarthy</u>

## O R D E R

Defendant McCarthy's motion to continue the final pretrial conference and trial is granted  (document 7).   Trial has been rescheduled for the January 2007 trial period.   Defendant McCarthy shall file a waiver of speedy trial rights not later than September 20, 2006.   On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  December 18, 2006 at 4:00 p.m.

**Jury Selection**:  January 9,  2006 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

September   12,  2006

cc:   Jeffrey Levin, Esq.
      Don Feith, AUSA
      US Probation
      US Marshal